JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 22, 2010

Check No. 2000067

Check Amount: $377.38

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-30269-R | 00024 | KIMBERLY G. MITCHELL | 17 | XXXXX3379 | 2.38 | 0.00 | 2.38 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-30269-R | 00025 | KIMBERLY G. MITCHELL | 16 | XXXXX4612 | 2.38 | 0.00 | 2.38 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-42674-R | 00012 | JEANNETTE LYNN BELL | 8 | XXXXX4252 | 7.23 | 0.00 | 7.23 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-42674-R | 00013 | JEANNETTE LYNN BELL | 9 | XXXXX8666 | 17.61 | 0.00 | 17.61 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |
| 04-43260-R | 00000 | ERIC RICHARD HARVEY | 0 | XXXXX3326 | 3.75 | 0.00 | 3.75 |
| | | Original check written to:<br>ERIC RICHARD HARVEY<br>761 WALNUT DRIVE<br>LEWISVILLE, TX 75067 | | | | | |
| 04-43481-R | 00040 | KENNETH W. & PAMELA FARRELL | 14 | XXXXX3414 | 0.75 | 0.00 | 0.75 |
| | | Original check written to:<br>CAPITAL ONE SERVICES<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 22, 2010

Check No. 2000067

Check Amount: $377.38

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43502-R | 00042 | TERESA A. SANCHO | 11 | XXXXX7395 | 7.64 | 0.00 | 7.64 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43531-R | 00003 | JOE G. & MARY C. PAYSINGER | 16 | XXXXX8795 | 20.94 | 0.00 | 20.94 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43531-R | 00004 | JOE G. & MARY C. PAYSINGER | 15 | XXXXX0095 | 29.51 | 0.00 | 29.51 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43552-R | 00005 | ERIC MICHAEL & AMANDA HACKETT MORRISON | 9 | XXXXX3275 | 2.16 | 0.00 | 2.16 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |
| 04-43750-R | 00000 | ROGER ALAN STORMENT, JR. & CASEY ELIZABETH STORMENT | 0 | XXXXX2441 XXXXX3702 | 0.60 | 0.00 | 0.60 |
| | | Original check written to: ROGER ALAN STORMENT, JR. 544 STUDEBAKER ROAD WHITEWRIGHT, TX 75491 | | | | | |
| 04-43869-R | 00003 | REID T. BRONSON & LYNNETT M. VOGT-BRONSON | 4 | XXXXX2463 | 67.01 | 0.00 | 67.01 |
| | | Original check written to: CAPITAL ONE SERVICES 15000 CAPITAL ONE DRIVE RICHMOND, VA 23238-1119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 22, 2010

Check No. 2000067

Check Amount: $377.38

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45732-R | 00000 | LUVETTA M. LARSEN | 0 | XXXXX6129 | 2.00 | 0.00 | 2.00 |
| | | Original check written to: <br> LUVETTA M. LARSEN <br> 316 EAST TERRELL AVENU <br> APT 3303 <br> FORT WORTH, TX 76104 | | | | | |
| 04-50243-R | 00004 | CHRISTY L. MCGEE | 5 | XXXXX6401 | 3.09 | 0.00 | 3.09 |
| | | Original check written to: <br> CAPITAL ONE SERVICES <br> 15000 CAPITAL ONE DRIVE <br> RICHMOND, VA 23238-1119 | | | | | |
| 08-40231-R | 00002 | MARIA THERESA BAEZA | 5 | 7679 | 1.69 | 88.64 | 90.33 |
| | | Original check written to: <br> AMERICAN GENERAL FINANCE <br> 400 NORTH CENTRAL EXPRESSWAY, SUITE 10 <br> MCKINNEY, TX 75070 | | | | | |
| 09-40569-R | 00000 | DAVID A CAMPBELL | 0 | XXXXX7297 | 120.00 | 0.00 | 120.00 |
| | | Original check written to: <br> DAVID A CAMPBELL <br> P. O. BOX 1942 <br> ALLEN, TX 75013 | | | | | |
| | | | **TOTALS** | | $288.74 | **$88.64** | **$377.38** |